THOMAS A. WOODS (SB #210050)
thomas.woods@stoel.com
MATTHEW T. STRUHAR (SB #293973)
matt.struhar@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

Attorneys for Defendant
Select Portfolio Servicing, Inc. (erroneously sued as
"Select Portfolio Servicing")

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| SOLEDAD POTTER,<br><br>        Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.; Equifax, Inc.; Select Portfolio Servicing, and DOES 1 through 100 inclusive,<br><br>        Defendant. | Case No. 2:18-cv-00937-JAM-EFB<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT |

STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff Soledad Potter ("Plaintiff") and Defendant Select Portfolio Servicing, Inc. ("SPS"), by and through their counsel of record, hereby stipulate to a three-week extension of time for SPS to respond to Plaintiff's Complaint.

Previously, Plaintiff and SPS agreed to an extension until June 7, 2018. Counsel for Plaintiff has, however, indicated that Plaintiff will file a First Amended Complaint ("FAC"). To avoid unnecessary motion practice over Plaintiff's initial pleading, Plaintiff has agreed to this extension.

Pursuant to this stipulation, SPS's deadline to respond to the Complaint, ECF Dkt. No. 1, is extended from June 7, 2018 to and through June 28, 2018 in the event that Plaintiff elects not to file a FAC. In the event that Plaintiff files a FAC, SPS's response will be due in accordance with Rule 12(a) of the Federal Rules of Civil Procedure.

Plaintiff and SPS so stipulate.

DATED: June 6, 2018

STOEL RIVES LLP

By: /s/Matthew T. Struhar
    THOMAS A. WOODS
    MATTHEW T. STRUHAR
    Attorneys for Defendant
    Select Portfolio Servicing, Inc.

DATED: June 6, 2018

SAGARIA LAW, P.C.

By: /s/Elliot W. Gale
    SCOTT J. SAGARIA
    ELLIOT W. GALE
    JOE B. ANGELO
    SCOTT M. JOHNSON
    Attorneys for Plaintiff
    Soledad Potter

## ORDER

Plaintiff Soledad Potter ("Plaintiff") and Defendant Select Portfolio Servicing, Inc. ("SPS") by and through their counsel of record, have stipulated to a three-week extension of time for SPS to respond to Plaintiff's Complaint, ECF Dkt. No. 1. The impetus for this stipulation is that Plaintiff's counsel has indicated that Plaintiff will file a First Amended Complaint ("FAC"). SPS's deadline to respond to the Complaint, ECF Dkt. No. 1, is currently June 7, 2018.

It is hereby ordered that:

1. The deadline for SPS to respond to Plaintiff's Complaint, ECF Dkt. No. 1, is extended until and through June 28, 2018.

2. If Plaintiff elects to file a FAC, the deadline for SPS to respond to the FAC will be set in accordance with Rule 12(a) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: 6/6/2018 /s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge